FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 11 2014

JAMES W. McCORMACK, CLERK
By:_____
          DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

TIMOTHY CLARK                                                                               PLAINTIFF

VS.                                              CASE NO.: 4.14-CV-549 BSM

STEVE GARNER
STRONG, GARNER & BAUER, PC                                                        DEFENDANTS

**COMPLAINT**

This case assigned to District Judge __Miller__
and to Magistrate __Volpe__

Plaintiff, for his complaint against defendants, states:

1.   Plaintiff is a citizen and resident of Pulaski County, Arkansas.

2.   Defendant Steve Garner is a citizen and resident of the state of Missouri. Defendant Garner is also an attorney licensed to practice in the state of Missouri.

3.   Defendant Strong, Garner & Bauer, PC is a law firm doing business in and throughout the state of Missouri.

4.   There is complete diversity and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

5.   Jurisdiction and venue are proper with this Court.

6.   Defendant Garner is an employee, partner and agent of Strong, Garner & Bauer, PC. Strong, Garner & Bauer, PC is liable for the actions and conduct of Garner.

7.   Defendants represented plaintiff in a personal injury accident that occurred on October 23, 2010.

8.   Plaintiff suffered significant injuries as a result of the fault of a third party. Plaintiff was permanently disabled as a result of the accident. Plaintiff's damages related to the underlying automobile accident exceeded $400,000.

9. On November 29, 2011, defendants, on plaintiff's behalf, settled plaintiff's claims against the tortfeasor by accepting the tortfeasor's policy limits in the amount of $100,000. At the same time, Defendants planned to collect additional damages from plaintiff's underinsured motorist carrier.

10. Plaintiff was insured by Southern Farm Bureau Casualty Insurance Company, Inc. ("Farm Bureau"). His underinsured ("UIM") limits were $300,000.

11. As a condition precedent to UIM coverage for the benefit of plaintiff, defendants were required to notify Farm Bureau of the proposed settlement with the tortfeasor's carrier prior to accepting the settlement and executing the release of the tortfeasor. Defendants failed to do so.

12. On January 27, 2012, Farm Bureau filed suit against plaintiff and sought judgment declaring that there was no UIM coverage due to plaintiff's failure to give notice to Farm Bureau prior to settling the case with the tortfeasor's carrier.

13. Farm Bureau prevailed and the Court determined that there was no UIM coverage as a result of the lack of notice.

14. Defendant Steve Garner represented plaintiff in the Farm Bureau declaratory judgment action in Arkansas, appeared on plaintiff's behalf in Arkansas and was admitted to practice in Arkansas on that case.

15. Defendant Steve Garner was negligent in failing to notify Farm Bureau of the proposed settlement with the tortfeasor prior to settling that case.

16. But for defendant's negligence, plaintiff would have made a recovery from Farm Bureau under his UIM coverage in an amount in excess of $75,000.

17. Plaintiff seeks judgment of and from Defendants, jointly and severally, in an

amount to be determined at trial, but certainly in excess of $75,000.

18. Plaintiff further seeks court costs and pre as well as post-judgment interest.

19. Plaintiffs demand a trial by jury.

WHEREFORE, plaintiff prays judgment against defendants, jointly and severally, for an amount in excess of $75,000 each, for his cost and all other proper relief.

Respectfully submitted:

/s/Danny R. Crabtree
Danny R. Crabtree, #2004006
Attorney at Law
114 South Pulaski Street
Little Rock, AR 72201
501-372-0080
danny.crabtree@sbcglobal.net

and

Timothy O. Dudley, #82055
114 South Pulaski Street
Little Rock, AR 72201
(501) 372-0080
todudley@swbell.net