UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY CLARK**                                                                                          **PLAINTIFF**

v.                                          CASE NO. 4:14-CV-00549 BSM

**STEVE GARNER and**
**STRONG, GARNER & BAUER PC**                                                  **DEFENDANTS**

### ORDER

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 20th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE